IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY DRAKE VARNELL, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. CIV-18-312-C ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on April 16, 2018. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 7) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 30th day of May, 2018.

ROBIN J. CAUTHRON
United States District Judge